# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALLSTAR TIRE & WHEEL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SAVINI STYLING GROUP, INC.,<br><br>    Defendant. | Civil Action No.: 2:07-cv-448 (TJW)<br><br>**JOINT MOTION TO ENTER ORDER STAYING ALL PROCEEDINGS PENDING MEDIATION** |

## JOINT MOTION TO ENTER ORDER STAYING ALL PROCEEDINGS PENDING MEDIATION

Defendant/Counterclaim Plaintiff Savini Styling Group, Inc.("Savini") respectfully asks this Court to enter the Order Staying All Proceedings Pending Mediation for a period of sixty (60) days. Plaintiff/Counterclaim Defendant Allstar Tire & Wheel, Inc. joins in Savini's Motion.

Dated: February 20, 2009

CARROLL, BURDICK & McDONOUGH LLP

By /s/ *Daniel H. Wu*
    Daniel H. Wu (CA State Bar No. 198925)
    Lead Attorney
    Admitted to the United States District Court,
    Eastern District of Texas
    CARROLL, BURDICK & MCDONOUGH LLP
    633 West Fifth Street, 51st Floor
    Los Angeles, California 90071
    Telephone: (213) 833-4500
    Facsimile: (213) 833-4555

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), movant has conferred with opposing counsel and has agreed with opposing counsel to the Joint Motion to Enter Order Staying All Proceedings Pending Mediation.

By /s/ *Daniel H. Wu*
Daniel H. Wu

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 20th day of February, 2009.  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

By /s/ *Daniel H. Wu*
Daniel H. Wu

**JOINT MOTION TO ENTER ORDER STAYING**
**ALL PROCEEDINGS PENDING MEDIATION**
**CIVIL ACTION NO.: 2:07-CV-448 (TJW)**