UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALLSTAR TIRE & WHEEL, INC.** ) | **CIVIL ACTION NO. 2:07-cv-448-TJW** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER MODIFYING THE COURT'S** |
| vs. ) | **DOCKET CONTROL AND** |
| ) | **DISCOVERY ORDERS RE** |
| **SAVINI STYLING GROUP, INC.,** ) | **PRIVILEGE LOG** |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER MODIFYING THE COURT'S DOCKET CONTROL AND DISCOVERY ORDERS RE PRIVILEGE LOG**

Plaintiff Allstar Tire & Wheel, Inc. ("ATW") and Defendant Savini Styling Group, Inc.'s ("Savini") Joint Motion to Modify the Court's Docket Control and Discovery Orders regarding the deadline to exchange privilege logs or provide a letter to the Court stating that there are no disputes as to claims of privileged documents, is **GRANTED**.

By **April 23, 2009**, the parties shall exchange privilege logs identifying the documents or information and the basis for any disputed claim of privilege in a manner that, without revealing information itself privileged or protected, will enable the other parties to assess the applicability of the privilege or protection. Any party may move the Court for an order compelling the production of any documents or information identified on any other party's privilege log. If such a motion is made, the party asserting privilege shall respond to the motion within the time period provided by Local Rule CV-7. The party asserting privilege shall then file with the Court within

30 days of the filing of the motion to compel any proof in the form of declarations or affidavits to support their assertions of privilege, along with the documents over which privilege is asserted for *in camera* inspection. If the parties have no disputes concerning privileged documents or information, then the parties shall inform the Court of that fact by **April 23, 2009**.

SIGNED this 25th day of February, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE